IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JAMES COKER, | C/A No.: 2:08-1865-DCN |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL PAPER, LISA PRIOR, KIRK CARLSON, and JOHN GROVER, | **ORDER SUBSTITUTING PARTY** **(Pursuant to F.R.C.P. 25(a)** |
| Defendants. | |

WHEREAS, The Plaintiff, James M. Coker, died on December 3, 2009, during the pendency of this action; and

WHEREAS, Ronald J. Talbert, Esquire was appointed as his Personal Representative (Exhibit A, attached hereto); and

WHEREAS, According to Federal Rules of Civil Procedure 25(a), any of the Plaintiff's non-extinguished claims are continued by the Personal Representative of the estate of the deceased Plaintiff; and

THEREFORE, on motion of Attorneys P. Michael Dupree and Dan M. David and with consent of Attorneys for the Defendant, Jennifer K. Dunlap and J. Walker Coleman; and

IT IS ORDERED, that Ronald J. Talbert, Esquire, Personal Representative to the Estate of James M. Coker, shall be substituted as the Plaintiff in this action.

The Honorable David C. Norton
United States District Judge

Charleston, South Carolina
February 25, 2010

We so move:

  S/ Dan M. David
Dan M. David

  S/ P. Michael Dupree
P. Michael Dupree by Dan M. David

We so consent:

  S/ J. Walker Coleman, IV
J. Walker Coleman, IV

  S/ Jennifer K. Dunlap
Jennifer K. Dunlap